IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to R.C.F.C. 41(a)(1)(ii), the parties in this action, Plaintiff the Confederated Tribes Of The Warm Springs Reservation Of Oregon and Defendant the United States, hereby Stipulate that this action be dismissed without prejudice and that each party shall bear its own costs of the action incurred to date.

DATED this 18TH day of APRIL, 2005.

Respectfully Submitted,

Michael L. Dillard, Attorney of Record for Plaintiff
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com

John H. Martin, Attorney of Record for Defendant
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Washington D.C. 20044-0663
TEL: (202) 305-0238
FAX: (541) 305-0274
John.H.Martin@usdoj.gov



EXHIBIT A
PAGE 1