**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON,

Plaintiff,

v.

GALE NORTON, SECRETARY OF THE INTERIOR, DAVID W. ANDERSON, ASSISTANT SECRETARY OF INDIAN AFFAIRS, JOHN W. SNOW, SECRETARY OF THE TREASURY,

Defendants.

Case No. 02CV2040 (RCL)

JOINT STATUS REPORT AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The parties submit this Joint Status Report and Unopposed Motion for Enlargement of Time.

I. JOINT STATUS REPORT

For the past seven months the parties have been actively engaged in preliminary ADR discussions aimed at achieving a settlement of the claims in this case. In April 2004, the parties held a one day ADR meeting in Portland, Oregon. This initial ADR meeting was exploratory in nature but there was extensive discussion regarding the accounting claim and possible approaches to settlement of that claim. At the April meeting and thereafter the parties exchanged written historical accounting proposals. In early August 2004, the parties held a second ADR meeting, this time in Washington D.C. The second meeting was again attended by officials and staff of the Office of Historical Trust Accounting and by counsel and professional consultants for both sides. Some new settlement ideas were put on the table and discussed. At this second meeting both sides agreed that an ADR process, rather than active litigation, is the best approach

EXHIBIT B
PAGE 1

to resolving this accounting claim. In going forward with ADR the parties also decided to seek the assistance of a mediator or ADR professional.

After the August meeting counsel discussed possible mediator candidates. One candidate that both sides agreed would be excellent, if available and willing to serve, was Judge Edward Leavy, a Senior Judge of the Ninth Circuit Court of Appeals. Both the United States and the Warm Springs Tribe have prior experience working with Judge Leavy as a settlement judge. During 2003-2004 the Warm Springs Tribe and the U.S. Government worked with Judge Leavy as the settlement judge in four cases, two in the Court of Federal Claims and two in the United States District Court for Oregon. With Judge Leavy's assistance, settlement was achieved in all four cases, although final Government approvals have not yet been obtained for one of the cases.

Counsel contacted Judge Leavy and asked if he would be willing to serve as the ADR judge in this case. Counsel explained to Judge Leavy that the ADR process would very possibly entail multiple negotiation sessions extending into the second half of 2005. Judge Leavy told counsel that he would be pleased to serve as the ADR judge.

Judge Leavy has extensive experience as a trial court judge and on the Ninth Circuit Court of Appeals. Judge Leavy retired from active status in 1997, but has remained very active as a senior judge. In recent years Judge Leavy has been particularly active as a settlement judge and mediator. He has become widely regarded as one of the best settlement judges in the northwestern United States. The parties feel very fortunate that Judge Leavy has agreed to serve as the ADR judge in this case.

An initial ADR/Settlement Meeting has been scheduled with Judge Leavy for December 1-2, 2004, in Portland, Oregon, to be attended by counsel, staff of the Office of Historical Trust Accounting and professional consultants.

There is currently another case pending between the Warm Spring Tribe and the United States. It is a case in the United States Court of Federal Claims ("CFC") in which the Tribe is seeking damages for alleged mismanagement of trust funds and other trust assets. The CFC case is pending before the Honorable Susan G. Braden. Recently the parties requested that Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON,

Plaintiff,

v.

GALE NORTON, SECRETARY OF THE INTERIOR, DAVID W. ANDERSON, ASSISTANT SECRETARY OF INDIAN AFFAIRS, JOHN W. SNOW, SECRETARY OF THE TREASURY,

Defendants.

Case No. 02CV2040 (RCL)

JOINT STATUS REPORT AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The parties submit this Joint Status Report and Unopposed Motion for Enlargement of Time.

I. JOINT STATUS REPORT

For the past seven months the parties have been actively engaged in preliminary ADR discussions aimed at achieving a settlement of the claims in this case. In April 2004, the parties held a one day ADR meeting in Portland, Oregon. This initial ADR meeting was exploratory in nature but there was extensive discussion regarding the accounting claim and possible approaches to settlement of that claim. At the April meeting and thereafter the parties exchanged written historical accounting proposals. In early August 2004, the parties held a second ADR meeting, this time in Washington D.C. The second meeting was again attended by officials and staff of the Office of Historical Trust Accounting and by counsel and professional consultants for both sides. Some new settlement ideas were put on the table and discussed. At this second meeting both sides agreed that an ADR process, rather than active litigation, is the best approach

EXHIBIT B
PAGE 3

to resolving this accounting claim. In going forward with ADR the parties also decided to seek the assistance of a mediator or ADR professional.

After the August meeting counsel discussed possible mediator candidates. One candidate that both sides agreed would be excellent, if available and willing to serve, was Judge Edward Leavy, a Senior Judge of the Ninth Circuit Court of Appeals. Both the United States and the Warm Springs Tribe have prior experience working with Judge Leavy as a settlement judge. During 2003-2004 the Warm Springs Tribe and the U.S. Government worked with Judge Leavy as the settlement judge in four cases, two in the Court of Federal Claims and two in the United States District Court for Oregon. With Judge Leavy's assistance, settlement was achieved in all four cases, although final Government approvals have not yet been obtained for one of the cases.

Counsel contacted Judge Leavy and asked if he would be willing to serve as the ADR judge in this case. Counsel explained to Judge Leavy that the ADR process would very possibly entail multiple negotiation sessions extending into the second half of 2005. Judge Leavy told counsel that he would be pleased to serve as the ADR judge.

Judge Leavy has extensive experience as a trial court judge and on the Ninth Circuit Court of Appeals. Judge Leavy retired from active status in 1997, but has remained very active as a senior judge. In recent years Judge Leavy has been particularly active as a settlement judge and mediator. He has become widely regarded as one of the best settlement judges in the northwestern United States. The parties feel very fortunate that Judge Leavy has agreed to serve as the ADR judge in this case.

An initial ADR/Settlement Meeting has been scheduled with Judge Leavy for December 1-2, 2004, in Portland, Oregon, to be attended by counsel, staff of the Office of Historical Trust Accounting and professional consultants.

There is currently another case pending between the Warm Spring Tribe and the United States. It is a case in the United States Court of Federal Claims ("CFC") in which the Tribe is seeking damages for alleged mismanagement of trust funds and other trust assets. The CFC case is pending before the Honorable Susan G. Braden. Recently the parties requested that Judge

Braden refer the case in the CFC to that court's ADR program and proposed Judge Leavy as the ADR judge. Judge Leavy has similarly told counsel that he would be willing to serve as the ADR judge for the CFC case. After considering the parties' request, Judge Braden declined to refer the CFC case to ADR.

Counsel for plaintiff Warm Springs Tribe has authorized the Attorney of Record for the government to represent to the Court that the plaintiff fully joins in this Joint Status Report.

## II. UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b) the defendants hereby move for an enlargement of one hundred and eighty (180) days, to and including June 13, 2005, for the defendants to answer or otherwise respond to the Complaint. The motion is made primarily on the ground that it will provide time for the parties to pursue the ADR process described above. The granting of the enlargement motion will not unduly prejudice the rights or interests of any parties in this litigation. Rather, the enlargement of time, if granted by the Court, will enable the parties to further pursue in ADR the settlement of this case.

Respectfully submitted this 29th day of November, 2004.

THOMAS L. SANSONETTI
Assistant Attorney General

/s/ John H. Martin
John H. Martin, NV Bar # 6048
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resource Section
Address for U.S. Postal Service delivery:
P.O. Box 663
Washington, D.C. 20044-0663
Street Address (for courier delivery):
601 D. St. NW, 3rd Fl.
Washington DC 20004
(202) 305-0238 (tel.)
(202) 305-0274 (fax)
john.h.martin@usdoj.gov

Attorney for Defendants

EXHIBIT B
PAGE 5

Karnopp Petersen LLP

/s/ Michael L. Dillard
Michael L. Dillard
Karnopp, Petersen LLP
1201 NW Wall Street, Suite 300
Bend, OR 97701-1957 (tel.)
(541) 382-3011 (fax)
(541) 388-5410
mld@karnopp.com

Attorney for Plaintiff

EXHIBIT B
PAGE 6