# In the United States Court of Federal Claims

No. 02-126L
Filed: April 27, 2005

| | |
|---|---|
| CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |

**ORDER**

A status conference will be held on May 4, 2005 at 11:00 a.m. EST. at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

s/**SUSAN G. BRADEN**
**Judge**