IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian Tribe, | |
| Plaintiff, | |
| v. | No.: 02-126L<br>Judge Susan Braden |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**SUPPLEMENTAL BRIEF IN SUPPORT OF THE JOINT MOTION FOR A STAY OF LITIGATION, OR, IN THE ALTERNATIVE, FOR DISMISSAL WITHOUT PREJUDICE**

On May 4, 2005, the parties appeared before the Court for a status conference to discuss the joint motion for a stay of litigation or, in the alternative, for a dismissal without prejudice. The parties hereby submit this supplemental brief in support of their request for a stay of litigation, with an accompanying revised scheduling order, as invited by the Court.

As stated at the conference, the parties believe that a stay of litigation until the end of 2005 or early 2006 would provide sufficient time for completion of the settlement process. A critical element of the settlement process is the completion of targeted accounting analysis and other analysis of the federal defendants' management of funds in at least 35 different accounts over an approximate 60 year period. The parties are striving to complete that analysis quickly using their best efforts. However, the full measure of that work has not yet been defined or agreed upon. Hence, the parties will advise the court of their progress in ADR in January 2006,

and advise the Court of the likelihood of settlement by February 6, 2006, especially considering the status of the parties' accounting analysis.

Prior to the close of the stay period, and as a part of the ADR process, the Plaintiff will provide Defendant with a final statement of claims to be resolved in ADR, or at trial. This statement will include an explanation of the damages claimed, legal authorities supporting recovery, and the time frames for which recovery is sought.. The Defendant will provide Plaintiff with a responsive statement addressing the claims.. The parties intend that this exchange of documents will serve to define the scope of the more comprehensive memoranda of contentions that will be required should the litigation proceed in accordance with the proposed pretrial scheduling order.

For the foregoing reasons, the parties respectfully request this Court stay the case and revise the current scheduling order as set forth in the attached proposed orders.

Respectfully submitted this 17TH day of May, 2005,

MICHAEL L. DILLARD
mld@karnopp.com
Karnopp Petersen LLP
1201 N.W. Wall Street, Suite 300

Bend, Oregon 97701-1957
Tel: (541) 382-3011
Fax: (541) 383-3073

Attorney of Record for Plaintiff

JOHN H. MARTIN
john.h.martin@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0238
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

LAWRENCE JENSEN
CATHERINE GOSHE
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing SUPLEMENTAL BRIEF IN SUPPORT OF JOINT MOTION FOR TEMPORARY STAY OF LITIGATION OR, IN THE ALTERNATIVE, FOR DISMISSAL WITHOUT PREJUDICE, on this 17th day of May, 2005, by ECF or by overnight mail; first-class United States mail; postage pre-paid; electronic mail, and telefax transmission, on the following counsel of record (unless otherwise noted below):

John H. Martin
john.h.martin@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021

Attorney of Record for Defendant

Michael L. Dillard
mld@karnopp.com
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
Tel: (541) 382-3011
Fax: (541) 383-3073

Attorney of Record for Plaintiff