**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**JOINT STATUS REPORT**

In its June 16, 2005 Order, the Court directed the parties to report on the status of the parties' ADR proceedings on or before August 24, 2005.

The parties are pleased to report that they have continued to make substantial progress in the ADR proceedings. Since last appearing before the Court, at the hearing on May 4, 2005, the Tribe and the United States have completed development of, and are implementing the ADR accounting methodologies that will be used to quantify the dollar amounts in dispute for the Tribe's Phase I trust funds mismanagement claims. The parties have also agreed upon a work schedule for implementation of the methodologies during the remainder of 2005.

The work implementing the accounting methodologies is well underway. Pursuant to an Agreement Governing ADR Proceedings, entered into by the parties, the United States will be funding the methodologies implementation, with oversight and monitoring by Tribal representatives. The United States has contracted with an outside accounting firm to perform the majority of the actual methodologies implementation work. The outside accounting firm has presented a schedule of deliverables for reports to be provided to the parties, and the parties have accepted and adopted the schedule as part of the Agreement Governing ADR Proceedings. Under the scheduled implementation of the methodologies, the provision of reports to the parties

regarding the dollar amounts in dispute for the Tribes Phase I claims, will be completed by January 16, 2006.

The work implementing the accounting methodologies is already well under way. All the Tribe's historical trust fund accounts that are to be included in the Phase I claims have been identified and most of the basic account ledgers and records have been located, imaged and partially indexed. The United States' outside accounting contractors have created an electronic database of much of the information from trust fund account records to be used in the methodologies implementation. The contractors are also presently locating and assembling the additional documents and records that will be needed to implement the ADR accounting methodologies.

As part of the ADR proceedings, the United States has provided the Tribe with a $250,000 Federal Financial Assistance grant to reimburse the Tribe for its experts costs incurred in developing the accounting methodologies. The $250,000 has been distributed to the Tribe. As part of the methodologies implementation that will take place during the remainder of 2005, the Tribe will be incurring additional costs for the work of its accounting experts to monitor and test the implementation work performed by the United States' accounting firm. The Tribe's monitoring and testing of that work is important to assure the Tribe that the work performed by the United States' contractor is accurate and reliable. The Tribe has asked the United States provide the Tribe with an additional Federal Financial Assistance grant to reimburse it for up to $140,000 of expenses for the work of monitoring the methodologies implementation. The United States is currently considering the Tribe's request.

As part of the Agreement Governing ADR Proceedings, the parties have scheduled a two-part mediation with Judge Edward Leavy in December 2005 and January 2006. The agreed upon goal of the mediation will be to achieve a monetary settlement of the Tribe's Phase I claims. The first part of the mediation will include a discussion of the reports on methodologies implementation received to date, and will also focus legal issues germane to the Tribe's Phase I

claims and the United States' defenses. The purpose of the second mediation session will be to conclude a settlement of the Tribe's Phase I trust funds mismanagement claims.

As part of the ADR proceedings, the parties also pursuing a negotiated resolution of the Tribe's historic accounting claim in the pending U.S. District Court case, *Confederated Tribes of the Warm Springs Reservation v. Norton*, No. 1:02cv02040 (D.D.C.) (RCL) (the "District Court Case"). The proposed resolution is to deem the United States' performance and funding of the agreed-upon accounting methodologies to constitute an "in lieu" substitute that would satisfy the Tribe's claim for a "full and complete historical accounting" of its trust fund accounts. Assuming that this resolution occurs, the parties anticipate dismissing with prejudice the District Court Case claim for an historical accounting of the Tribe's trust funds.

Finally, the parties have recently filed with this Court a Joint Motion for Amended Protective Order of Confidentiality. The motion has two primary purposes: First, as part of the ADR proceedings the Tribe will be producing confidential tribal documents to United States; consequently, the parties believe that the existing Protective Order should be broadened to cover confidential documents produced by the Tribe; it currently covers only documents produced by the United States. Second, the current Protective Order covers only documents; the parties desire to have it expanded to cover each side's confidential information that is disclosed through other discovery methods.

The parties are very pleased with the progress that has been made in the ADR proceeding and are committed to complete the ADR process by the February 5, 2006, deadline set by the Court. In 60 days, on or before October 24, 2005, the parties will submit a further joint status report, as directed by the Court.

Counsel for plaintiff Warm Springs Tribe has authorized the Attorney of Record for the government to represent to the Court that the plaintiff fully joins in this status report.

Respectfully submitted this 24th day of August, 2005.

/s/ John H. Martin
John H. Martin (NV Bar # 6048)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
202-305-0238 (Phone)
202-305-0267 (Fax)
john.h.martin@usdoj.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

John H. Martin
Department of Justice
Environment and Natural Resources Division
General Litigation Section
P. O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 305-0506
Attorney For Defendant

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☐ by hand delivery.

☒ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number for the attorney's office.

DATED this ________ day of __________, 2005.

______________________________________
Michael L. Dillard, Attorney of Record
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com
Of Attorneys for Plaintiff