**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**JOINT STATUS REPORT**

In its June 16, 2005 Order, the Court directed the parties to report on the status of the parties' ADR proceedings on or before October 24, 2005.

The parties are pleased to report that they have continued to make substantial progress in the ADR proceedings. Since the last status report dated August 24, 2005, the parties have made substantial progress in implementing the ADR accounting methodologies that will be used to quantify the dollar amounts in dispute for the Tribe's Phase I trust funds mismanagement claims. The parties are meeting their work schedule for implementation of the methodologies during the remainder of 2005.

The work implementing the accounting methodologies is well underway. The United States has contracted with an outside accounting firm to perform the majority of the actual methodologies implementation work. On October 17, 2005, the outside accounting firm provided the parties with an interim report and database providing preliminary results for a number of accounts and claim areas.

The parties anticipate exchanging final reports regarding the results of the ADR accounting methodologies and summarizing the dollar amounts in dispute for the Tribes Phase I claims by January 16, 2006. The parties have scheduled a mediation session for December 7-8,

2005, to discuss the reports on methodologies implementation received to date, the legal issues germane to the Tribe's Phase I claims and the United States' defenses, as well as a settlement of the district court litigation *Confederated Tribes of the Warm Springs Reservation v. Norton*, No. 1:02cv02040 (D.D.C.) (RCL). Prior to that meeting the parties have agreed to exchange written position papers on a number of the legal issues they have identified as relevant. The parties have also scheduled a final mediation session for January 25-26, 2006, to continue negotiations based on the final reports and results of the ADR accounting methodologies.

The parties are very pleased with the progress that has been made in the ADR proceeding and are committed to complete the ADR process by the February 5, 2006, deadline set by the Court. In 60 days, on or before December 24, 2005, the parties will submit a further joint status report, as directed by the Court.

Counsel for plaintiff Warm Springs Tribe has authorized the Attorney of Record for the government to represent to the Court that the plaintiff fully joins in this status report.

Respectfully submitted this 24th day of October, 2005.

/s/ John H. Martin
John H. Martin (NV Bar # 6048)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
202-305-0238 (Phone)
202-305-0267 (Fax)
john.h.martin@usdoj.gov

Attorney of Record for Defendants