**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**JOINT STATUS REPORT**

The parties are pleased to report that they have progressed further in the ADR proceedings. Since the last status report, the parties have continued to make significant progress in implementing the ADR accounting methodologies, which the parties are using to quantify the dollar amounts in dispute for the Tribe's Phase I trust funds mismanagement claims. The United States is implementing the ADR accounting methodologies, with the Tribe's experts monitoring the United States' work. The parties have been exchanging preliminary information regarding the results of the accounting methodologies, and the United States expects to meet the agreed-upon deadline of delivering its final report on the ADR accounting methodologies by January 16, 2006.

The parties recently completed a two day mediation session with Judge Leavy on December 14 and 15, 2005. The parties' final ADR mediation session with Judge Leavy is scheduled for January 26 and 27, 2006. The parties are confident that they will be in a position to attempt to negotiate a complete settlement of the Tribe's Phase I claims. As the parties have previously reported to the Court, the goal of the final mediation will be to achieve a monetary settlement of the Tribe's trust funds mismanagement claims.

At the two day mediation session held on December 14-15, 2005, counsel and the parties' representatives reached agreement in principal on proposed substantive terms for settlement of the pending U.S. District Court case, *Confederated Tribes of the Warm Springs Reservation v. Norton*, No. 1:02cv02040 (D.D.C.) (RCL) (the "District Court Case"). A proposed written settlement agreement for the U.S. District Court case is currently being prepared for submission to the party principals for approval. The parties will attempt to have a settlement of the U.S. District Court completed at the time of the final two day mediation session in late January 2006.

The parties are encouraged by the progress to date in the ADR proceeding and are committed to completing the ADR process by the February 5, 2006, deadline set by the Court.

Counsel for plaintiff Warm Springs Tribe has authorized the Attorney of Record for the government to represent to the Court that plaintiff fully joins in this status report.

DATED this 23rd day of December, 2005.

SueEllen Wooldridge
Assistant Attorney General

/s/ John H. Martin

John H. Martin (NV Bar # 6048)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, North Tower, Suite 945
Denver, CO 80202
Tel: (303) 312-7349
Fax: (303) 312-7379
john.h.martin@usdoj.gov

Attorney for Defendant

Karnopp Petersen LLP

/s/ Michael L. Dillard
Michael L. Dillard
Karnopp, Petersen LLP
1201 NW Wall Street, Suite 300
Bend, OR 97701-1957
Tel: (541) 382-3011
Fax: (541) 388-5410
mld@karnopp.com

Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on December 23, 2005 a copy of the foregoing JOINT STATUS REPORT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Tower, Suite 945
Denver, CO 80202
Tel: (303) 312-7349
Fax: (303) 312-7379
john.h.martin@usdoj.gov
Attorney for Federal Defendants