IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | : | Case No. 02-126L<br>Judge Susan Braden |

**JOINT MOTION FOR CONTINUATION OF CURRENT STAY OF LITIGATION AND FOR EXTENSION OF CERTAIN DEADLINES**

Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon (the "Tribe") and Defendant United States hereby make this joint motion that the Court amend the June 16, 2005, Scheduling Order so as to continue the current stay of litigation until February 27, 2006, and extend certain pre-trial deadlines by three weeks. The grounds for this joint motion are as follows:

As previously reported to this Court, the parties have been engaged in a multi-faceted ADR process in an effort to resolve the Phase One claims in this case and the trust accounting claims in Confederated Tribes of the Warm Springs Reservation v. Norton, No. 1:02-cv-2040 (D.D.C.) (RCL). For more than a year the parties have been engaged in this ADR process with the active assistance of Senior Judge Edward J. Leavy (9th Circuit) and they have made significant progress.

After a two-day mediation session in December 2005, the parties came to a settlement agreement in principle regarding the case in the District Court. The United States is in the process of obtaining review and approval of the proposed settlement by the appropriate officials at the Department of Justice (DOJ), the Interior Department (Interior), and the Treasury Department (Treasury).

As a final culmination of the ADR process, on January 25-26, 2006, the parties conducted a final settlement conference/mediation session before Judge Leavy for the purpose of attempting to achieve a full settlement of the Phase One claims in this Court. The two day mediation achieved a significant degree of success. The outcome of the session was proposed settlement terms, including a proposed settlement amount to be paid to the Tribe, that the Tribe is willing to accept (subject to working out final written settlement terms), and that the United States' representatives at the mediation committed to present to their superiors for consideration and possible approval. There are three federal agencies--DOJ, Interior, and Treasury—who will need to consider the proposed settlement before it can be approved by the United States. The United States representatives who attended the mediation are now in the process of briefing the appropriate officials at DOJ, Interior, and Treasury, about the details of the proposed settlement offer and seeking the requisite approval for that proposed offer. In order for this proposed settlement to be considered and approved, the United States needs time to undertake and complete the briefing and decision making process. The parties have agreed that the United States representatives will use their best efforts to have briefed orally and submitted the terms of the proposed offer to the appropriate decision makers at DOJ, Interior, and Treasury, by February 10, 2006.

In the event the United States obtains the requisite approval for the proposed settlement, the parties will then have a settlement agreement in principle of the Phase One claims in this case. At that point the parties will undertake drafting the settlement agreement, and, thereafter, among other things, the United States and the Tribe will undertake their respective formal settlement review, approval, and authorization processes. Once the formal approval processes are completed, the parties will execute a final written settlement agreement that disposes of the claims in Phase One,

thus enabling the parties and the Court to move forward and address the claims presented in Phase Two of the case.

For the foregoing reasons, the parties respectfully request that the Court continue the current temporary stay of litigation and extend the pre-trial scheduling deadlines in February and March, 2006, by three weeks, as follows:

1. Defendant will file its Answer or motion to dismiss the Complaint on or before February 27, 2006;

2. Plaintiff will file its response to Defendant's motion, if any, on or before March 24, 2006;

3. Defendant will file its reply to Plaintiff's response, if any, on or before April 7, 2006;

4. Plaintiff will file its initial memorandum of contentions of fact and law on or before March 10, 2006;

5. Defendant will submit its request for production of documents on or before March 15, 2006;

6. Plaintiff will produce the documents requested by Defendant, if any, on or before April 14, 2006; and

7. Plaintiff will name expert witnesses and provide expert reports on or before March 10, 2006.

In the event that the United States' representatives obtain the require approvals for the proposed settlement, the parties will so inform the Court of such fact. At that time the parties will also provide the Court with updated information about the expected time-table of the settlement agreement drafting, approval and signing process.

WHEREFORE, the parties respectfully request that the Court grant their motion, continue the current stay of litigation, and extend the pre-trial scheduling deadlines in the manner set forth above. Granting this joint motion will not cause any undue prejudice to the interests of the parties. Nor will it cause any delay or adverse impacts to the scheduled February 2007, trial date in this case or to any pre-trial deadlines other than those listed above.

Granting this joint motion will allow the parties to focus their attention and energies on bringing to fruition a settlement of the Phase One claims, thereby maximizing the benefits of their year-long ADR process. It will allow the parties to conserve their limited resources and maximize litigation efficiency.

The Attorney of Record for Plaintiff has authorized the Attorney of Record for Defendant to represent to the Court that Plaintiff fully joins in this motion.

Respectfully submitted on this 3rd day of February, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Michael L Dillard

MICHAEL DILLARD
Karnopp Petersen, LLP
Riverpointe One
1201 N.W. Wall Street, Ste. 300
Bend, OR 97701-1957
Tel: (541) 382-3011
Fax: (541) 388-3073

Attorney of Record for Plaintiff

/s/ John H. Martin

JOHN H. MARTIN, III
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
999 18th Street
North Tower, Suite 945
Denver, CO 80202
Tel: (303) 312-7349
Fax: (303) 312-7379

Attorney of Record for Defendant

OF COUNSEL:

JOSH NEWTON
Karnopp Petersen, LLP
Riverpoint One
1201 N.W. Wall Street, Ste. 300
Bend, OR 97701-1957
Tel: (541) 382-3011
Fax: (541) 388-3037

OF COUNSEL:

CAROL CATHERMAN
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

THOMAS KEARNS
United States Dept. of Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
United States Dept. of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20240

**Certificate of Service**

I hereby certify that on February 3, 2006, a copy of the foregoing JOINT MOTION FOR CONTINUATION OF CURRENT STAY OF LITIGATION AND FOR EXTENSION OF CERTAIN DEADLINES was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Tower, Suite 945
Denver, CO 80202
Tel: (303) 312-7349
Fax: (303) 312-7379
john.h.martin@usdoj.gov
Attorney for Federal Defendants