# In the United States Court of Federal Claims

No. 02-126L
Filed February 8, 2006

| | |
|---|---|
| CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## AMENDED SCHEDULING ORDER

The court enters the following amendment to its February 8, 2006 Scheduling Order:

> Pretrial Conference. The Pretrial Conference will be held **on January 12, 2007 at 10:00 a.m. via telephone**. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules. The court will address and outstanding matters regarding the conduct of the trial, motions *in limine* not previously addressed by the court, and will rul insofar as possible on the admissibility of the exhibits to be offered by the parties. The parties will provide the court with any motions *in limine* in advance of the Pretrial Conference. The parties are strongly encouraged to stipulate to the authenticity and admissibility of as many exhibits as possible.

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**