**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**NOTICE OF PENDING SETTLEMENT AND JOINT MOTION FOR ADDITIONAL EXTENSION OF CURRENT STAY OF LITIGATION AND FOR VACATION OF PRE-TRIAL DEADLINES THROUGH APRIL 12, 2006.**

Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon (the "Tribe") and Defendant United States hereby notify the Court that they have reached a proposed settlement in principle of Phase I of this case. The parties are now proceeding with the drafting of formal written settlement documents, to be submitted for final approval and signing by both sides. In view of the settlement in principle, the parties hereby jointly move the Court to amend the February 6, 2006, Scheduling Order ("February 6 Order") to extend the current stay until April 12, 2006, and to vacate all pre-trial deadlines through that date, thereby providing the parties the time necessary to complete the formal settlement documentation.

In the parties' recent February 3, 2006, Joint Motion for Continuation of Current Stay of Litigation and For Extension of Certain Deadlines, the parties informed the Court of a proposed settlement of Phase I that had resulted from the mediation with Judge Edward J. Leavy held on January 24 and 25, 2006, in Portland, Oregon. Since the filing of the February 3, 2006, Joint Motion, the proposed settlement has progressed to the next stage of completion. The United States representatives who attended the mediation have now completed their briefing of supervising officials at the U.S. Department of Justice (DOJ), the U.S. Interior Department

(Interior), and the U.S. Treasury Department (Treasury) about the details of the proposed settlement offer and seek the requisite approval for that proposed offer. The parties are pleased to report to the Court that the supervising officials of all three agencies, DOJ, Interior, and Treasury have now decided to recommend approval of the proposed terms of settlement and have authorized the Government attorneys to proceed with preparation of the formal settlement documents, for submission to senior Government officials for approval in accordance with 28 C.F.R. section 0.161.

Counsel for the parties are currently drafting the formal written documents that will achieve a final settlement of both Phase I of this case and the pending case in the United States District Court for the District of Columbia (Confederated Tribes of the Warm Springs Reservation of Oregon v. Norton, et.al. Case No. 02-02-CV-02040). Although the parties cannot predict for certain how long it will take to complete process of drafting, approving and signing the final settlement documents, they expect to be able to complete the process by the middle of April 2006. The parties will proceed diligently with a goal of executing a settlement agreement on or before April 12, 2006. Once the formal settlement agreement approval and signing is completed, the Phase I claims in this case will be fully and finally resolved, thus settling the stage for the parties and the Court to move forward and address the Phase II claims of the case.

WHEREFORE, the parties respectfully request that the Court grant this motion to extend the current stay of litigation through April 12, 2006, and vacate the pre-trial scheduling deadlines through that date. Granting this joint motion will not cause any undue prejudice to the interests of the parties. Granting this joint motion will allow the parties to focus their attention and energies on bringing to fruition a settlement of the Phase I claims.

The Attorney of Record for Plaintiff has authorized the Attorney of Record for Defendant to represent to the Court that Plaintiff fully joins in this motion.

Respectfully submitted on this 21st day of February, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Michael L Dillard
_______________________
MICHAEL DILLARD
Karnopp Petersen, LLP
Riverpointe One
1201 N.W. Wall Street, Ste. 300
Bend, OR 97701-1957
Tel: (541) 382-3011
Fax: (541) 388-3073

Attorney of Record for Plaintiff

/s/ John H. Martin
_______________________
JOHN H. MARTIN, III
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
999 18th Street
North Tower, Suite 945
Denver, CO 80202
Tel: (303) 312-7349
Fax: (303) 312-7379

Attorney of Record for Defendant

OF COUNSEL:

JOSH NEWTON
Karnopp Petersen, LLP
Riverpointe One
1201 N.W. Wall Street, Ste. 300
Bend, OR 97701-1957
Tel: (541) 382-3011
Fax: (541) 388-3037

OF COUNSEL:

CAROL CATHERMAN
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

THOMAS KEARNS
United States Dept. of Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
United States Dept. of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20240

## Certificate of Service

I hereby certify that on February 21, 2006, a copy of the foregoing *Notice of Pending Settlement and Joint Motion for Additional Extension of Current Stay of Litigation and for Vacation of Pre-trial Deadlines Through April 12, 2006* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ John H. Martin
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Tower, Suite 945
Denver, CO 80202
Tel: (303) 312-7349
Fax: (303) 312-7379
john.h.martin@usdoj.gov
Attorney for Federal Defendant