# In the United States Court of Federal Claims

No. 02-126L
Filed March 1, 2006

| | |
|---|---|
| CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**AMENDED SCHEDULING ORDER**

Pursuant to the parties February 21, 2006 Joint Motion and the March 1, 2006 Telephone Conference, the case remains stayed until **May 1, 2006**. The court will convene a status conference on **June 1, 2006 at 3:00pm, E.S.T.**

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**