IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | : | |
| Plaintiff | : | |
| v. | : | Case No. 02-126L<br>Judge Susan Braden |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

**DEFENDANT'S NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given of the change of address for counsel for the Defendant United States in the above-entitled action. Effective **May 1, 2006** and pursuant to RCFC 5, all future notices and copies of pleadings, papers, and other material relevant to this action not otherwise served by ECF should be directed to and served upon:

John H. Martin
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
961 Stout Street, 8th Floor
Denver, CO 80294

Mr. Martin's new telephone and facsimile numbers shall be as follows:

303-844-1383 (telephone) 303-844-1350 (facsimile)

Mr. Martin's email address shall remain unchanged (john.h.martin@usdoj.gov).

Respectfully submitted this 1st day of May, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov

Attorney for Federal Defendants

**Certificate of Service**

I hereby certify that on May 1, 2006 a copy of the foregoing Notice of Change of Address was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov