IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | : | |
| Plaintiff | : | |
| v. | : | Case No. 02-126L<br>Judge Susan Braden |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

JOINT MOTION FOR CONTINUATION OF
STAY AND FOR RESCHEDULING OF STATUS CONFERENCE

Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon (the "Tribe") and Defendant United States (hereafter "the parties") jointly move for an Order continuing the current stay of litigation until June 15, 2006, and for rescheduling the June 1, 2006, Status Conference to June 15, 2006. The parties seek to continue the stay and reschedule the Status Conference for the reasons stated below.

As previously reported, the parties have focused intensely during the past year on efforts to settle the issues and claims brought in this case, as well as certain trust accounting claims raised in Confederated Tribes of the Warm Springs Reservation v. Scarlett, No. 1:02-CV-2040 (D.D.C.) (RCL) ("DDC case") in a multi-faceted Alternative Dispute Resolution ("ADR") process. The parties were assisted in their ADR efforts by Senior Judge Edward J. Leavy of the Court of Appeals for the Ninth Circuit.

As the parties reported in Joint Motions filed on February 3 and 21, 2006, through the ADR process the parties reached a settlement in principle that, if approved and implemented, will resolve the trust fund accounting claims presented in the DDC case and all claims presented

in Phase I of this case. The parties continue to negotiate and draft of the terms and conditions of the proposed settlement agreement document. When the drafting process began in February, 2006, it was difficult to project the exact time needed to draft terms, including provisions governing the parties' future conduct, rights, obligations and responsibilities. Due to the painstaking nature of this process and the number of officials from both parties whose input and involvement is critical, the parties' original projected time line has proven to be overly optimistic. The parties are working diligently to resolve the outstanding issues in as expedited a manner as possible.

The principal reason for the delay and the need for additional time in the settlement negotiation process has been the need to agree upon a provision addressing the parties' rights and responsibilities regarding future reporting of trust fund account information to the Tribe and the Tribe's presentation of objections to those future statements of account. Further, as this complicated drafting task reached a critical phase, the principal counsel from the Solicitor's Office of the Interior Department became unavailable to review the settlement terms and conditions because of an unforeseen and important personal emergency.

The parties hope to complete drafting a proposed settlement agreement by May 15. They will then submit this agreement, in final form, to the Tribal Council, and the appropriate officials at the Departments of Justice, the Interior, and the Treasury for review and approval. Formal review and authorization for the settlement agreement by the appropriate federal officials typically requires four to six weeks after the settlement agreement is finalized. In this case, counsel will take all available steps to expedite the approval process. Once the settlement agreement is approved, the parties will execute the written settlement agreement that settles the claims in Phase I .

In addition, the parties have begun discussing possible approaches to addressing and seeking resolution of the Phase II claims in this case, and seek to defer the status conference now set for June 1 until June 15 to permit counsel, employees and officials of the parties to meet and confer in person in Washington DC on June 13 and 14 to discuss specific approaches to Phase II of this case, including the possible use of ADR. The parties would hope to develop a joint proposal regarding Phase II to present and discuss with the Court at the time of the status conference. The parties also request that the status conference requested for June 15 be held in person, rather than telephonically.

For all of the reasons stated here, the parties respectfully request that the Court continue the current temporary stay of litigation until June 15, and that the present status conference scheduled for June 1 be rescheduled for June 15.

WHEREFORE, the parties respectfully request that the Court grant their motion and continue the current stay of litigation and reschedule the status conference for the good cause shown above.

The Attorney of Record for Plaintiff Warm Springs Tribe has authorized the Attorney of Record for Defendant to represent to the Court that Plaintiff fully joins in this motion.

Respectfully submitted on this 1st day of May, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Michael Dillard
MICHAEL DILLARD
Karnopp Petersen, LLP
Riverpointe One
1201 N.W. Wall Street, Ste. 300
Bend, OR 97701-1957

/s/ John H. Martin
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor

Tel: (541) 382-3011
Fax: (541) 388-3073

Attorney of Record for Plaintiff

Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 312-1350
Attorney of Record for Defendant

OF COUNSEL:

JOSH NEWTON
Karnopp Petersen, LLP
Riverpoint One
1201 N.W. Wall Street, Ste. 300
Bend, OR 97701-1957
Tel: (541) 382-3011
Fax: (541) 388-3037

OF COUNSEL:

CAROL CATHERMAN
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

LAWRENCE JENSEN
THOMAS KEARNS
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20240

**Certificate of Service**

I hereby certify that on May 1, 2006 a copy of the foregoing Joint Motion for Continuation of Stay and rescheduling of Status Conference and was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov
Attorney for Federal Defendants