IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | : | |
| Plaintiff | : | |
| v. | : | Case No. 02-126L<br>Judge Susan Braden |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for continuation of the stay and to reschedule the status conference set for June 1. Upon consideration of the motion, it is on this _____ day of ________________, 2006,

ORDERED that, for good cause shown, the joint motion should be and hereby is GRANTED. The stay shall be continued until June 15, 2006. Further, the Court will conduct a status conference on June 15, 2006, at _______. Counsel for the parties are instructed to appear in person.

SO ORDERED.

______________________________________
Hon. Susan Braden
Judge