# In the United States Court of Federal Claims

No. 02-126L
Filed May 2, 2006

| | |
|---|---|
| CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**AMENDED SCHEDULING ORDER**

Pursuant to the parties May 1, 2006 Joint Motion, the case remains stayed until **June 1, 2006**. The court will convene a status conference on **June 15, 2006 at 10:00am, E.D.T.**, at the National Courts Building, 717 Madison Place N.W., Washington, D.C., to devise a plan for resolving the remaining issues in this case.

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**