**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, Plaintiff | |
| v. | Case No. 02-126L<br>Judge Susan Braden |
| UNITED STATES OF AMERICA, Defendant | |

**JOINT STATUS REPORT**

## I. INTRODUCTION

The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and the United States (hereafter collectively "the parties") are continuing the process of finalizing and entering of record the settlement resolving the funds management trust accounting claims presented in the *Confederated Tribes of the Warm Springs Reservation v. Kempthorne*, No. 1:02-CV-2040 (D.D.C.) (RCL) and the claims presented in Phase I of this case. The settlement agreement was fully executed on September 26, 2006, and the parties are in the process of drafting motions and stipulations that will enter the settlement of record and provide for appropriate dismissal of the settled claims. Under the parties' agreement, the Phase I claims in this case will be dismissed with prejudice.

## II. PHASE II CLAIMS

The parties have begun the Alternative Dispute Resolution ("ADR") process on the Tribe's Phase II claims. The parties attended their first ADR session in Denver, Colorado on October 3-4, 2006. Once again, Senior Judge Edward Leavy of the Court of Appeals for the Ninth Circuit is serving as the mediator and ADR neutral. Building upon the Phase I ADR experience, the parties are working to develop and pursue a Phase II ADR process that they hope will provide the parties with the basis for achieving a settlement of the Tribe's Phase II claims.

The parties' next ADR session with Judge Leavy is scheduled to take place on December 5-6, 2006, in Portland, Oregon. In the meantime, the parties have agreed to a joint schedule of tasks to be completed in advance of the December session. They have also agreed upon a tentative agenda for the December ADR session.

Counsel for plaintiff Warm Springs Tribe has authorized the Attorney of Record for the government to represent to the Court that plaintiff fully joins in this status report.

Respectfully submitted on this 13th day of October, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*/s John H. Martin*
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

Attorney of Record for Defendant

OF COUNSEL:
CAROL DRAPER
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

THOMAS KEARNS
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2006, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov
Attorney for Federal Defendants