# In the United States Court of Federal Claims

No. 02-126L
Filed November 6, 2006

***********************************
*
CONFEDERATED TRIBES OF THE *
WARM SPRINGS RESERVATION OF *
OREGON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the parties' November 3, 2006 Stipulated Motion, the court hereby directs the Clerk of the United States Court of Federal Claims to dismiss Plaintiff's First Claim for Relief contained in the Second Amended Complaint with prejudice and without costs.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**