IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

# JOINT STATUS REPORT

## I. INTRODUCTION

The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and the United States (hereafter collectively "the parties") have finalized and entered of record the settlement resolving the funds management trust accounting claims presented in the *Confederated Tribes of the Warm Springs Reservation v. Kempthorne*, No. 1:02-CV-2040 (D.D.C.) (RCL) ("DDC case") and the claims presented in Phase I of this case.
On October 23, 2006, the Honorable Royce C. Lamberth entered an order dismissing the DDC Case. Further, this Court dismissed the Tribe's Phase I claims on November 6, 2006. The United States has paid the Tribe the agreed upon monetary settlement amount.

## II. PHASE II ADR PROCEEDINGS.

In the October 13, 2006, Joint Status Report to the Court, the parties reported that the parties are working to develop and pursue a Phase II ADR process that they hope will provide the parties with the basis for achieving a settlement of the Tribe's Phase II claims. The parties also reported to the Court that their next ADR session with Judge Leavy was scheduled for December 5-6, 2006 in Portland, Oregon.

Since that time, the parties have continued pursuing their Phase II ADR process and attended an ADR session with Judge Leavy on December 7-8, 2006. Both parties feel that the Phase II ADR process is on track. The next ADR Session with Judge Leavy is scheduled to take place on February 15-16, 2007, in Portland, Oregon.

The parties are also working on an Amended Supplemental Protective Order Regarding Confidentiality of Alternative Dispute Resolution Mediation Proceeding, which seeks to amend the Order that the Court entered on June 13, 2006. The primary purpose for the amendment is to broaden the scope of the Order to include the Phase II ADR process. The parties hope to have an agreed upon proposed amended Order filed with the Court in the near future.

Counsel for defendant United States of America has authorized the Attorney of Record for plaintiff to represent to the Court that defendant fully joins in this status report.

DATED this 29th day of December, 2006.

Michael L. Dillard
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
Tel: (541) 382-3011
Fax: (541) 383-3073

Attorney of Record for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
961 Stout Street, 8th Floor
Denver CO 80294
Fax: (303) 844-1383
Attorney of Record for Defendant

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number for the attorney's office.

☒ by electronic service pursuant to General Order 42A.

DATED this 29 day of Dec., 2006.

Michael L. Dillard
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
Tel: (541) 382-3011
Fax: (541) 383-3073

Attorney of Record for Plaintiff