**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**<u>JOINT MOTION TO AMEND AND TO ENTER A SUPPLEMENTAL PROTECTIVE ORDER REGARDING THE CONFIDENTIALITY OF ALTERNATIVE DISPUTE RESOLUTION MEDIATION PROCEEDINGS</u>**

The parties move the Court to enter the Supplemental Protective Order Regarding Confidentiality of Alternative Dispute Resolution Mediation Proceedings attached hereto as Exhibit A. The parties agree that the proposed order meets their approval as to form and content.

On June 13, 2006, the Court entered a Supplemental Protective Order Regarding the Confidentiality of Alternative Dispute Resolution Mediation Proceedings (docket #101). The parties now propose to amend that order to extend its application to the ADR proceedings presently underway regarding the Tribe's Phase II claims, and to modify the terms of the Order to conform to the process the parties plan to utilize in the Phase II ADR Proceedings.

For the foregoing reasons, good cause exists for the Court to enter the proposed amended protective order of confidentiality. The parties thus respectfully request that this motion be GRANTED.

Counsel for plaintiff Warm Springs Tribe has authorized the Attorney of Record for the government to represent to the Court that the plaintiff fully joins in this motion.

DATED this 9th day of February, 2007.

MATTHEW J. MCKEOWN
ACTING ASSISTANT ATTORNEY GENERAL

/s/ John H. Martin
__________________________________________

John H. Martin, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I served the foregoing Joint Motion to Amend and Enter A Supplemental Protective Order by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to General Order 42A:

Michael L. Dillard, attorney of record for Plaintiff

Dated this 9th day of February 2007.

/s/ John H. Martin

John H. Martin, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants