**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 02-126L
Judge Susan Braden

**JOINT STATUS REPORT**

The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and the United States (hereafter collectively "the parties") continue their participation in the Phase II ADR process. In their December 29, 2006, Joint Status Report to the Court, the parties reported that that their next ADR session with Judge Leavy was scheduled for February 15-16, 2007 in Portland, Oregon, which the parties attended. The parties also advised the Court that they working on an Amended Supplemental Protective Order Regarding Confidentiality of Alternative Dispute Resolution Mediation Proceedings to broaden the scope of the Order to include the Phase II ADR process. The parties completed that task and filed the amended order with the Court, which it entered.

Both parties feel that the Phase II ADR process is on track. The next ADR Session with Judge Leavy is scheduled to take place on May 2-3, 2007, at Kah Nee Ta on the Warm Springs Reservation.



W1510.0\286383_2

Counsel for defendant United States of America has authorized the Attorney of Record for plaintiff to represent to the Court that defendant fully joins in this status report.

DATED this 30 day of March, 2007.

Michael L. Dillard
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
Tel: (541) 382-3011
Fax: (541) 383-3073

Attorney of Record for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
961 Stout Street, 8th Floor
Denver CO 80294
Fax: (303) 844-1383
Attorney of Record for Defendant

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number for the attorney's office.

☒ by electronic service pursuant to General Order 42A.

DATED this 30 day of March, 2007.

Michael L. Dillard
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
Tel: (541) 382-3011
Fax: (541) 383-3073
Attorney of Record for Plaintiff