# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

## JOINT STATUS REPORT

The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and the United States (hereafter collectively "the parties") continue their participation in the Phase II ADR process. In their March 30, 2007 Joint Status Report to the Court, the parties reported that that their next ADR session with Judge Leavy was scheduled for May 2 and 3, 2007 at Kah Nee Ta on the Warm Springs Reservation. The parties delayed that session for a few weeks to complete some agreed upon tasks in order to make the ADR session as productive as reasonably possible. The parties, thus, held their ADR session with Judge Leavy on June 12-14, 2007, at Kah Nee Ta. The ADR session was very productive.

Both parties feel that the Phase II ADR process is progressing well. The next ADR session with Judge Leavy is scheduled to take place on September 6 and 7, 2007, in Portland, Oregon.



W1510.0\297858

Counsel for defendant United States of America has authorized the Attorney of Record for plaintiff to represent to the Court that defendant fully joins in this status report.

DATED this 2nd day of July, 2007.

Michael L. Dillard, Attorney of Record
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com
Of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
961 Stout Street, 8th Floor
Denver CO 80294
Fax: (303) 844-1383
Attorney of Record for Defendant

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number for the attorney's office.

☒ by electronic service pursuant to General Order 42A.

DATED this 2 day of July, 2007.

Michael L. Dillard, Attorney of Record
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com
Of Attorneys for Plaintiff