**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 02-126L
Judge Susan Braden

JOINT STATUS REPORT

The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and the United States (hereafter collectively "the parties") continue their participation in the Phase II ADR process. In their July 2, 2007 Joint Status Report to the Court, the parties reported that that their next ADR session with Judge Leavy was scheduled for September 6 and 7, 2007, in Portland, Oregon. The parties held their ADR session as planned, which was productive.

Both parties continue to feel that the Phase II ADR process is progressing well. The parties are working hard to prepare for final negotiating sessions with Judge Leavy before the expiration of the current stay on January 30, 2008.

Counsel for plaintiff The Confederated Tribes of the Warm Springs Reservation of Oregon has authorized the Attorney of Record for defendant United States of America to represent to the Court that plaintiff The Confederated Tribes of the Warm Springs Reservation of Oregon fully joins in this status report.

DATED this 1st day of October, 2007.

RONALD J. TENPAS
ACTING ASSISTANT ATTORNEY GENERAL

*/s/ John H. Martin*

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov

Attorney of Record for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

Michael L. Dillard, Attorney of Record
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number for the attorney's office.

☒ by electronic service pursuant to General Order 42A.

DATED this 1st day of October, 2007.

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver CO 80294
Fax: (303) 844-1350
Attorney of Record for Defendant