IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| The CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe, Plaintiff | : | No. 02-0126L Judge Susan Braden |
| v. | : | |
| The UNITED STATES OF AMERICA, Defendant | : | |

**JOINT STATUS REPORT**

In their October 1, 2007 Joint Status Report to the Court, Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and Defendant United States ("the parties" hereinafter) reported that they had made progress in the alternative dispute resolution ("ADR") process for Phase II of this case and that they were moving toward their mutual goal of preparing final negotiating sessions with Senior Judge Edward J. Leavy (United States Circuit Court of Appeals for the Ninth Circuit). Since the filing of that joint status report, the parties have continued their joint, cooperative efforts in their Phase II ADR process, and they are still advancing toward final negotiation sessions before Judge Leavy.

Specifically, the parties, their counsel, and their relevant subject matter consultants have been and continue to be working industriously on the claim areas that have been identified by Plaintiff for the Phase II ADR process. Further, they have been and continue to be producing, exchanging, reviewing, analyzing, and responding to relevant documents and data. On December 18-20, 2007, the parties, their counsel, and their consultants met with Judge Leavy at the federal courthouse in Portland, OR, and conducted a three-day ADR session in which the participants presented relevant information to the judge and each other, answered questions, and otherwise addressed the Phase II ADR issues and claims. Among other things, the parties'

respective expert consultants conducted a joint work session during the ADR session to identify additional document or data needs and sources that would enable them to advance or refine their analyses. Further, the parties, their counsel, and Judge Leavy discussed timing and scheduling issues and concerns, including the need to extend the ADR process by two months to enable the completion of the expert consultants' work and to then conduct of the final mediation sessions, in an effort to reach a mutually acceptable settlement of the Phase II claims.

Near the end of the three-day ADR session in December, 2007, Judge Leavy commented favorably on the degree of motivation of the parties, as well as the level of cooperation between them and the progress made by them and their respective experts, to research Plaintiff's issues and claims, collect relevant information, analyze the materials, formulate mediation positions, and set the stage for an attempted resolution of the issues and claims through mediation, without the need for protracted litigation.

Plaintiff and Defendant agree, with the support of Judge Leavy, that they have made significant strides in the pursuit of the Phase II ADR cooperative process. At the same time, however, they also agree that there remains crucial investigative and analytical work to be accomplished before the parties will be in a position make their best effort to resolve Plaintiff's Phase II claims through mediation. The parties are determined to continue working with each other, their counsel, and their expert consultants and, with the assistance of Judge Leavy, to continue making progress toward the final mediation sessions at which the parties will seek to achieve a settlement of Plaintiff's Phase II claims.

At the conclusion of the December 2007 ADR session, the parties and Judge Leavy agreed upon a timetable for the completion and culmination of the cooperative Phase II ADR process, which will be a final four-day session in Portland, Oregon, on March 18-21, 2008. The

first two days of the ADR session (March 18 and 19, 2008) will consist of a final exchange and presentation by each side of their respective legal positions and expert analyses regarding Plaintiff's Phase II claims. The second two days of the ADR session (March 20 and 21, 2008) will be a settlement mediation conducted and led by Judge Leavy.

Given the foregoing, the parties see the need to prepare and submit to the Court, in the very near future, a joint motion for revision of the Modified Stay and Scheduling Order that was issued on June 22, 2006. The proposed revision will provide a two-month extension of the ADR stay so that the parties can have the additional time that they need to complete the cooperative Phase II ADR process and conduct the final settlement mediation session with Judge Leavy. At the same time, however, the proposed revision will leave undisturbed the currently scheduled trial dates of November 3-19, 2008.

Counsel for the parties have been and continue to be discussing and exchanging drafts regarding the timing and scheduling changes that should be made to the Modified Stay and Scheduling Order. Counsel's efforts have been slightly delayed by the intervening holidays and previously scheduled leave plans. Counsel plan to complete their discussions and drafting process and to file their joint motion papers, along with their proposed revised Stay and Scheduling Order, by no later than January 11, 2008.

Plaintiff's counsel, Michael Dillard, has reviewed this Joint Status Report and authorized Defendant's counsel, including undersigned counsel, in writing, to state that Plaintiff fully joins in the submission of the Joint Status Report to the Court.

Respectfully submitted this 2nd day of January, 2008

RONALD J. TENPAS
Assistant Attorney General

s/ John H. Martin
JOHN H. MARTIN
**John.H.Martin@usdoj.gov**
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

CAROL L. DRAPER
**Carol.Draper@usdoj.gov**
ANTHONY P. HOANG
**Anthony.Hoang@usdoj.gov**
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Tel: (202) 305-0241
Fax: (202) 353-2021

THOMAS KEARNS
JAMES PORTER
MICHAEL BIANCO
Office of the Solicitor
United States Department of the