**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**JOINT STATUS REPORT AND MOTION FOR EXTENSION OF THE CURRENT STAY OF LITIGATION AND FOR VACATION OF THE PRESENT SCHEDULING ORDER.**

In their January 3, 2008, Joint Status Report to the Court, Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and Defendant United States ("the parties" hereinafter) reported on their plans to conclude their ongoing Alternative Dispute Resolution (ADR) process by April 1, 2008, with final negotiating sessions to be held on March 18 to 21, 2008. In this report, the parties describe the progress in their ADR process and settlement negotiations, express their desire to continue the ADR process for an additional 45 days, and request that the Court continue the stay of litigation and vacate the present scheduling order.

Since the filing of the last joint status report, the parties have exchanged a sizeable number of expert reports and position papers, and continued their document discovery regarding the claim areas that have been identified by Plaintiff for the Phase II ADR process. Most importantly, on March 18-21, 2008, the parties, their counsel, and their consultants met with their ADR Judge, the Honorable Edward J. Leavy, in Portland, OR, and conducted a four-day ADR session focused on the most significant of the Tribe's Phase II ADR claims. In the first two days of the ADR session, the parties' consultants presented their respective opinions and analyses regarding the Tribe's natural resource, timber and grazing related claims, and responded

to questions from the parties, their counsel and Judge Leavy. In the remaining two days, counsel for the parties presented their positions on a number of legal issues regarding the Phase II ADR claims, and then sought to negotiate a settlement of the Tribe's Phase II ADR claims.

At the conclusion of the ADR session on March 21, 2008, the parties had not reached any proposed settlement of the Phase II ADR claims. The parties did agree, however, that they had made significant progress in the mediation and that continued mediation and negotiations would be in both parties' best interests. To that end, the parties agreed to reconvene their settlement mediation with Judge Leavy on April 15, 2008, and to investigate several settlement-related issues in the interim. The parties agree that, with the support of Judge Leavy, they have made significant strides in the Phase II ADR process. Given the foregoing, the parties desire to devote additional time and attention to settlement negotiations. The parties propose that they continue their ADR process for an additional 45 days, including the planned April 15 mediation session with Judge Leavy, and jointly file a status report with the Court on May 16, 2008, at the conclusion of the 45 day period, describing their progress and the parties' proposal for further proceedings.

At the parties' request, this Court recently entered a Modified Stay and Scheduling Order on January 22, 2008, (docket #116) that sets forth an ambitious litigation schedule starting on April 1, 2008, and culminating in a trial from November 3-19, 2008. In light of their joint request to continue with mediation and negotiations for an additional 45 days, the parties request that the Court vacate the present scheduling order (docket # 116) to permit the parties to devote their resources and attention to their ongoing mediation and settlement negotiations. Given their request to continue the stay of litigation as well as the complex nature of the claims and issues presented and the need to adequately prepare for a trial, the parties have concluded that it is neither desirable nor feasible to shorten the present pretrial schedule to simultaneously continue the ADR process and also prepare for a trial in November 2008. Hence, the parties request that the present trial dates of November 3-19, 2008, as well as other necessary pretrial deadlines, be

vacated until the parties have concluded the ADR process, submitted a new proposed pretrial order, and briefed the Court on the relevant issues and claims remaining for decision. If, in their May 16, 2008, status report, the parties report the need to resolve some or all of the remaining claims in this case through litigation, they will also propose a date by which they will file their revised proposed pretrial scheduling order(s).

WHEREFORE, the parties respectfully request that the Court amend the January 22, 2008, Modified Stay and Scheduling Order (docket # 116) to extend the current stay until May 16, 2008, and to vacate the present scheduling order until further order of the Court, thereby providing the parties the time necessary to continue and conclude their ADR process. Granting this joint motion will not cause any undue prejudice to the interests of the parties. Granting this joint motion will allow the parties to focus their attention and energies on bringing to fruition a settlement of the Phase II claims.

Plaintiff's counsel has reviewed this Joint Status Report and Motion and authorized Defendant's counsel, in writing, to state that Plaintiff fully joins in the submission of the Joint Status Report and Motion to the Court.

Respectfully submitted on this 1st day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General

/s/ John H. Martin____________________
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
1061 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

CAROL DRAPER
ANTHONY HOANG

United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
JAMES PORTER
United States Dept. of Interior
Office of the Solicitor
Washington, D.C. 20240

**Certificate of Service**

I hereby certify that on April 1, 2008, a copy of the foregoing Joint Status Report and Motion for Extension of the Current Stay of Litigation and for Vacation of the Present Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ John H. Martin
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov
Attorney for Defendant