**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**[PROPOSED] ORDER**

Based on the Court's review and consideration of the joint status report and the joint motion to extend the stay and vacate the present scheduling order filed on April 1, 2008, and for good cause shown, the Court hereby extends by 45 days the current stay of the litigation of Phase II of this case until May 16, 2008, and vacates, until further order of the Court, the Scheduling Order entered on January 22, 2008, for the litigation of Phase II. On May 16, 2008, the parties shall submit a joint report to the Court regarding the status and outcome of the ADR process and their proposal for further proceedings.

**IT IS SO ORDERED.**

Date: ____________________

**SUSAN G. BRADEN**
Judge, U.S. Court of Federal Claims