# In the United States Court of Federal Claims

No. 02-126L
Filed: April 2, 2008

************************************
CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

Pursuant to the parties' April 1, 2008 Joint Status Report And Motion For Extension Of The Current Stay Of Litigation And For Vacation Of The Present Scheduling Order, and for good cause shown, this case is hereby stayed until May 16, 2008.

The parties will file a status report on or before May 16, 2008, reporting on progress in the Phase II ADR with Judge Leavy, and proposing a revised pre-trial scheduling order should the parties need to litigate some or all of the remaining claims in this case.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**