IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**JOINT STATUS REPORT AND**
**JOINT MOTION FOR EXTENSION OF CURRENT STAY OF LITIGATION**

In their Joint Status Report dated April 1, 2008, Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and Defendant United States ("the parties" hereinafter) provided a detailed description of the Alternative Dispute Resolution ("ADR") session that they held on March 18 to 21, 2008, with Senior Judge Edward Leavy, regarding the Phase II issues and claims, and they requested an extension of the temporary stay of litigation until May 16, 2008, to allow time for the parties to continue their Phase II settlement negotiations. This Court granted the parties' joint request and extended the temporary stay of litigation on April 2, 2008. Docket (Dkt.) #118.

Since April 1, 2008, the parties have continued their ADR process and conducted another session with Judge Leavy. In particular, the parties, their counsel, and the judge met on April 15 and 16, 2008, in Portland, Oregon, and engaged in further negotiations. The parties made significant progress on several key issues during the two-day session, but they did not reach a proposed settlement of the Phase II ADR claims. Among other things, Defendant's counsel determined that they need to brief, confer, and consult with various officials at the United States Department of the Interior (including the Bureau of Indian Affairs and the Office of the Special

Trustee for American Indians) and the United States Department of Justice. Further, Defendant's counsel determined the need to conduct additional reviews and analyses regarding Plaintiff's settlement positions and methodologies.

Since April 16, 2008, Defendant's counsel has conducted briefings, conferences, and consultations with some of the appropriate or necessary officials at the Departments of the Interior and Justice. In addition, Defendant's counsel has been and continues to be working with various experts and consultants to undertake the requisite supplemental reviews and analyses. For this latter effort, Defendant's counsel have requested and received from Plaintiff's counsel additional documentation underlying or supporting Plaintiff's settlement positions and methodologies.

On May 15, 2008, Defendant's counsel notified Plaintiff's counsel that it was appropriate for the parties to schedule another ADR negotiation session with Judge Leavy. Based on this notification, the parties are currently examining the possibility of scheduling another two-day session with the judge in Portland, Oregon, in late June or July, 2008. Also, the parties have agreed to investigate several settlement-related issues, and they are conferring about a schedule by which to exchange certain information and written proposals in advance of the next ADR session. The parties expect that these actions, among others, will help lay the groundwork for a productive and constructive negotiation. The parties have committed to the goal of reaching an agreement in principle on the key terms of a proposed settlement of the Phase II claims, by the end of the next two-day ADR session, subject to the development of formal settlement documentation and the final review and approval of the proposed settlement by the ultimate decision makers for both parties.

As evidenced by the foregoing, the parties have made considerable progress in their ADR process for the Phase II claims, but they still have additional work to undertake. The parties believe that it is in their interests, as well as the interests of judicial economy and efficiency, to devote the requisite additional time, energy, and effort to continuing and completing (if possible)

the current ADR process. Therefore, the parties jointly and respectfully propose that the temporary stay of litigation in this case be extended, to and including August 1, 2008, so that the parties can continue and complete (if possible) their ADR process. Further, the parties jointly and respectfully propose that they submit a joint status report to the Court on August 1, 2008, informing the Court of their progress and presenting to the Court for consideration their proposal for further proceedings.

Granting the parties' joint request will not cause any undue prejudice or harm to the interests of the parties herein. Rather, it will serve the public interest by enabling the judicious use of limited resources and allowing the parties to focus their attention and energy on their efforts to resolve through ADR the Phase II issues and claims.

Defendant's counsel of record has reviewed this Joint Status Report and Joint Motion and authorized Plaintiff's counsel, in writing, to state that Defendant fully joins in the submission of the Joint Status Report and Joint Motion to the Court.

Respectfully submitted this 16th day of May, 2008,

DATED this 16th day of May, 2008.

Michael L. Dillard, Attorney of Record
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com
Of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing JOINT STATUS REPORT AND JOINT MOTION FOR EXTENSION OF CURRENT STAY OF LITIGATION on:

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
961 Stout Street, 8th Floor
Denver CO 80294
Fax: (303) 844-1383
Attorney of Record for Defendant

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number for the attorney's office.

☒ by electronic service pursuant to RCFC Appendix E paragraph 12(c) & 13.

DATED this 16 day of May, 2008.

Michael L. Dillard, Attorney of Record
KARNOPP PETERSEN LLP
1201 N.W. Wall Street, Suite 300
Bend, Oregon 97701-1957
TEL: (541) 382-3011
FAX: (541) 383-3073
mld@karnopp.com
Of Attorneys for Plaintiff