IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**JOINT STATUS REPORT AND JOINT MOTION FOR EXTENSION OF CURRENT STAY OF LITIGATION**

In their May 16, 2008, Joint Status Report and Motion for Extension of Current Stay of Litigation, Plaintiff Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe") and Defendant United States (collectively "the parties") provided the Court with an update on the progress of their Phase II Alternative Dispute Resolution ("Phase II ADR") process. The parties requested that the temporary stay of litigation be extended to August 1, 2008, so that the parties could continue and complete (if possible) the Phase II ADR process. On May 19, 2008, the Court granted the parties' motion, extending the stay until August 1, 2008. Docket (Dkt.) #120. The Court ordered the parties to file a joint status report reporting on the progress of the Phase II ADR and to propose a revised pre-trial scheduling order should the parties need to litigate some or all of the remaining claims in the case.

**I. Phase II ADR Progress Since May 16, 2008.**

Since May 16, 2008, the parties have continued to make considerable progress in the Phase II ADR. The parties had hoped to reach an agreement in principle on the key terms of a proposed settlement of the Phase II claims at the conclusion of one additional two-day ADR session before August 1. The parties subsequently realized and agreed that there was some

additional work needed, including an interim session with Judge Leavy, before a final ADR session could occur.

The parties, their counsel, and Judge Leavy met on July 2 and 3, 2008, in Portland, Oregon, and engaged in further negotiations. The parties made significant progress on several key issues during the two-day interim session. The parties have continued to work on additional issues since that session and have scheduled additional meetings on August 5, 6 and 7, 2008, at the Warm Springs Reservation.

The final Phase II ADR session with Judge Leavy will occur beginning August 26, 2008. The parties and their counsel have reserved August 26 - 29, 2008, for the final ADR session in hopes of reaching an agreement in principle on the key terms of a proposed settlement of the Phase II claims, subject to the development of formal settlement documentation and the final review and approval of the proposed settlement by the ultimate decision makers for both parties.

## II. The Parties Believe that Submission of A Proposed Pre-Trial Order is Premature.

Given that the parties have not completed the Phase II ADR process, they believe that it is premature to submit a proposed pre-trial order. The parties respectfully request that they be allowed to postpone submittal of a proposed pre-trial order until after their final Phase II ADR session at the end of August 2008.

## III. Motion For Extension of Current Stay of Litigation.

The parties believe that it is in their interests, as well as the interests of judicial economy and efficiency, to devote the requisite additional time, energy, and effort to continuing and completing (if possible) the current ADR process. Therefore, the parties jointly and respectfully propose that the temporary stay of litigation in this case be extended, to and including September 5, 2008, so that the parties can continue and complete (if possible) their ADR process. Further, the parties jointly and respectfully propose that they submit a joint status report to the Court on September 5, 2008, informing the Court of their progress and presenting to the Court

for consideration their proposal for further proceedings, including a proposed pre-trial order if necessary.

Granting the parties' joint request will not cause any undue prejudice or harm to the interests of the parties herein. Rather, it will serve the public interest by enabling the judicious use of limited resources and allowing the parties to focus their attention and energy on their efforts to resolve through ADR the Phase II issues and claims.

Plaintiff's counsel has reviewed this Joint Status Report and Joint Motion and authorized Defendant's counsel to state that Plaintiff fully joins in the submission of the Joint Status Report and Joint Motion to the Court.

DATED this 1st day of August, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ John H. Martin
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY HOANG
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
JAMES PORTER
United States Dept. of Interior
Office of the Solicitor
Washington, D.C. 20240

**Certificate of Service**

I hereby certify that on August 1, 2008, a copy of the foregoing Joint Status Report and Motion for Extension of the Current Stay of Litigation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ John H. Martin
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov
Attorney for Defendant