# In the United States Court of Federal Claims

No. 02-126L
Filed: August 4, 2008

| | |
|---|---|
| CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to the parties' August 1, 2008 Joint Status Report And Motion For Extension Of Current Stay Of Litigation, and for good cause shown, this case is hereby stayed until September 5, 2008.

The parties will file a joint status report on or before September 5, 2008, reporting on progress in the Phase II ADR with Judge Leavy, and proposing a revised pre-trial scheduling order should the parties need to litigate some or all of the remaining claims in this case.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**