**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-126L<br>Judge Susan Braden |

**[PROPOSED] ORDER**

Based on the Court's review and consideration of the joint status report and the joint motion to extend the stay filed on September 5, 2008, and for good cause shown, the Court hereby extends by 41 days the current stay of the litigation of Phase II of this case until October 16, 2008. On October 16, 2008, the parties shall submit a joint report to the Court regarding the status of the settlement approval process and other ADR proceedings.

**IT IS SO ORDERED.**

Date: ____________________

______________________
**SUSAN G. BRADEN**
Judge, U.S. Court of Federal Claims